Union Pacific Railroad Company, et. al., Plaintiff(s)
vs.
International Association of Sheet Metal, Air, Rail & Transporation Workers, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 160768-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Brotherhood of Locomotive, Engineers and Trainmen
Court Case No. 21-cv-05502

COZEN O'CONNOR
Mr. Matthew DiCianni
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606

State of: Ohio ) ss.
County of: Cuyahoga )
Name of Server: Tammy White, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26 day of October, 20 21, at 2:10 o'clock P M

Place of Service: at 7061 East Pleasant Valley Road, in Independence, OH 44131

Documents Served: the undersigned served the documents described as:
Summons and Amended Complaint w/ Exhibits; Civil Cover Sheet

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Brotherhood of Locomotive, Engineers and Trainmen

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jason Wright - Office Admin.

Description of Person Receiving Documents:
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'10 ; Approx. Weight 55

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_ T. White
Signature of Server

Subscribed and sworn to before me this 27 day of October, 20 21
_(signature)_ Stephanie Smith 12/25/2024
Notary Public (Commission Expires)

APS International, Ltd.

STEPHANIE SMITH
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
December 25, 2024
Recorded in Lorain County