# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Union Pacific Railroad Company

                                                                                                   Plaintiff,

v.                                                                                                                                      Case No.: 1:21−cv−05502

                                                                                                                                     Honorable John Z. Lee

International Association of Sheet Metal, Air, Rail & Transportation Workers, Transportation Division, et al.

                                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 8, 2021:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff's unopposed motion for leave to file second amended complaint [25] is granted. Counsel is to electronically file the second amended complaint as a separate docket entry on the case docket. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.