# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Union Pacific Railroad Company, et al.

                              Plaintiff,

v.                                              Case No.: 1:21−cv−05502

                                                  Honorable John Z. Lee

International Association of Sheet Metal, Air, Rail & Transportation Workers, Transportation Division, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 7, 2021:

      MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 12/7/21. For the reasons stated on the record, the joint motions for reassignment [49] [59] are denied. The motion for leave to file a sur−reply [61] is granted; the sur−reply brief should be filed by the end of the day today. Defendant's motion for preliminary injunction [41] [42] is entered and continued. Oral argument is set for 1/6/22 by 1:30 p.m. by video; the Court will set aside two hours for the hearing and will provide an agenda. If a motion requesting a evidentiary hearing is requested, a motion should be filed by 12/14/21. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.