IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, et al., § § § Plaintiffs, § § v. § § INTERNATIONAL ASSOCIATION OF § SHEET METAL, AIR, RAIL, AND § TRANSPORTATION WORKERS - § TRANSPORTATION DIVISION, et al., § § Defendants. § § § | Civil Action No. 1:21-cv-05502 Honorable John Z. Lee Magistrate Judge Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Pursuant to the Court's instructions during the December 15, 2021 status hearing, Plaintiffs and Defendants submit the following report detailing the status of the case.

1. On December 15, 2021, the Court held a status hearing with the parties. The parties reported that Plaintiffs had suspended their vaccine requirements after a federal judge in Georgia enjoined enforcement of Executive Order 14042 for federal contractors on a nationwide basis ("the Contractor Mandate"). *See Georgia v. Biden*, No. 1:21-cv-163, 2021 WL 5779939 (S.D. Ga. Dec. 7, 2021), at *12, *appeal filed*, No. 21-14269 (11th Cir. Dec. 10, 2021). The parties accordingly requested that the Court stay the above-captioned case pending resolution of the appeal. The Court stayed the case, including the proceedings related to the pending Motions for Preliminary Injunction, and asked the parties to submit a joint status report on the earlier date of (1) a decision by the Eleventh Circuit or (2) February 25, 2021. *See* ECF No. 66.

2. On December 17, 2021, the Eleventh Circuit (1) denied the Government's motion to stay the preliminary injunction and (2) set an expedited briefing schedule for the appeal of the preliminary injunction issued by the district court. *See Georgia, et al. v. President of the United States, et al.*, No. 21-14269 (11th Cir. Dec. 17, 2021). Under that schedule, briefing will be complete on January 24, 2022.

3. Also on December 17, 2021, the Sixth Circuit dissolved the Fifth Circuit's stay of the Occupational Health and Safety Administration's ("OSHA's") Emergency Temporary Standard ("ETS") regarding mandatory vaccination or testing for large employers that are not covered by the Contractor Mandate. *In re MCP No. 165, Occupational Safety & Health Admin., Interim Final Rule: COVID-19 Vaccination & Testing*, No. 21-7000, 2021 WL 5989357 (6th Cir. Dec. 17, 2021). That same day, the challengers to the OSHA ETS filed applications with the Supreme Court, asking the Court to re-impose a stay of that requirement. *See* ECF Nos. 387–394, *In re MCP No. 165, Occupational Safety & Health Admin., Interim Final Rule: COVID-19 Vaccination & Testing*, No. 21-7000 (6th Cir. Dec. 17, 2021).

4. At this time, Plaintiffs have not altered their policies in light of the Eleventh Circuit's or Sixth Circuit's decisions, and their vaccine requirements remain suspended.

5. The parties will promptly notify the Court if there are any changes in Plaintiffs' policies.

Respectfully submitted,    December 20, 2021

/s/Andrew J. Rolfes
Andrew J. Rolfes
Robert S. Hawkins
Jeremy J. Glenn
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2015
arolfes@cozen.com
rhawkins@cozen.com
jglenn@cozen.com

*Attorneys for Union Pacific Railroad Company*

/s/ Samantha Woo
Samantha Woo (6310522)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692
(312) 782.3939 (telephone)
(312) 782-8585 (facsimile)
swoo@jonesday.com

Donald J. Munro
James M. Burnham
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939 (telephone)
(202) 626-1700 (facsimile)
dmunro@jonesday.com
jburnham@jonesday.com

*Attorneys for Norfolk Southern Railway Co.*

/s/Erika A. Diehl-Gibbons
Erika A. Diehl-Gibbons
Shawn Mckinley
Kevin C. Brodar
Smart Transportation Division
24950 Country Club Boulevard, Suite 340
North Olmsted, OH  44070
(216) 228-9400
ediehl@smart-union.org
smckinley@smart-union.org
kbrodar@smart-union.org

*Attorney for Defendants International Association of Sheet Metal, Air, Rail, and Transportation Workers-Transportation Division*

/s/Joshua D. McInerney
Joshua D. McInerney
James Petroff
Wentz, McInerney, Peifer & Petroff, LLC
3311 Bear Pointe Cir.
Powell, OH  43065
(614) 756-5566
jmcinerney@lawforlabor.com
jpetroff@lawforlabor.com

Matthew Pierce
Ryan A. Hagerty
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 720
Chicago, IL 60606
(312) 263-1500
mjp@ulaw.com
rah@ulaw.com

*Attorney for Defendants Brotherhood of Locomotive Engineers and Trainmen*

/s/Richard S. Edelman
Richard S. Edelman
Mooney, Green, Saindon, Murphy and Welch PC
1920 L Street NW, Suite 400

Washington, D.C. 20036
(202) 783-0010
Redelman@Mooneygreen.com

*Attorney for Defendants*
*Brotherhood of Maintenance of Way Employees*
*Division of the International Brotherhood of*
*Teamsters and Brotherhood of Railroad*
*Signalmen*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 20, 2021, the foregoing Joint Status Report was filed using the Court's CM/ECF system.

                                                /s/ *Samantha Woo*
                                                Samantha Woo
                                                *Counsel for Norfolk Southern Railway Co.*