## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Union Pacific Railroad Company, et al.

                              Plaintiff,

v.                                     Case No.: 1:21−cv−05502

                                                Honorable John Z. Lee

International Association of Sheet Metal, Air, Rail & Transportation Workers, Transportation Division, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable John Z. Lee: In light of the forthcoming reassignment of this case to another district judge, the Court strikes without prejudice [37] [41] [42] in order to provide the receiving judge with time to become familiar with the case. Any movant whose pending motion is stricken under this order is granted leave to refile the motion twenty−eight (28) days after reassignment of the case or as specified by the receiving judge. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.